# SAMUEL I. WHITE, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
Maryland, Virginia, West Virginia, and Washington DC

6100 Executive Blvd, Suite 400
ROCKVILLE, MARYLAND 20852

PHONE (301) 804--3400
FAX (301) 838-1954

July 26, 2021

Robert H. Hillman, Esquire
Direct Dial (301) 804-3385
Email: rhillman@siwpc.com

Hon. James K. Bredar
Chief Judge United States District Court of Maryland
101 West Lombard Street
Chambers 3D
Baltimore, MD 21201

                RE: Chevera *Brown et al vs. Robert Frazier et al*
                Civil Action No 1:21-cv-01000-JKB
                Our File: 400.00019

Dear Judge Bredar;

    I am counsel to several of the named Defendants in the above matter (Wilmington Savings Society FSB, FCI Lender Services Inc. American Mortgage Investment Partners Management, Samuel I White PC., Mr. Farnsworth and myself) but at this juncture I am writing on the behalf of Samuel I White PC as a named party defendant.

    My office received a bulk priority mail addressed to me , but it contained summons and what appears to be civil complaints (Document no 6) titled "Amended Complaint for Fraud, Racketeering, Abuse of Process, Conspiracy, Wrongful Foreclosure, and Violations of Civil Rights and Application for Temporary Restraining Order and Injunctive Monetary and Declaratory Relief" for William Ronald McMahan, Earl Edward Farnsworth, Samuel I White PC and William A. White, none of whom I am authorized to accept service for. No originally filed complaints, redlines or other dockets pleadings were included in the package.

RE: Brown v Frazier 1:21-cv-01000-JKB
Monday, July 26, 2021

    As the above-captioned matter appears to have been assigned to you, I am writing to inquire what your policy is with regard to responding to the Plaintiffs recent filings'. In my situation for the case, I do not believe any of the named Defendants have been properly served with a summons, Complaint or the First Amended Complaint,. The summons I received for the Defendants named on the summons I will be representing, would be most likely seeking to file motions to quash, as well as appropriate motions to dismiss. Accordingly, I am asking on behalf of myself and other Defendants, whether you wish, as many of the District Court judges now prefer, to have a telephone conference to schedule when and what responses you would like filed in this matter and the timelines when same are to be filed or whether we should just file our respective motions in the ordinary timeframe.

    I believe all the party defendants would appreciate knowing whether the Court wishes that we proceed immediately, or whether the Court wishes to hold a telephone conference to determine the posture and scheduling in this matter.

    Thanking you in advance for your courtesy, I remain,

Respectfully:

SAMUEL I. WHITE, PC

Robert H. Hillman
FBN #06910

RHH
Cc: Parties of record