IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHEVERA BROWN, et al.,** | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-21-1000 |
| **ROBERT FRAZIER, et al.,** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On October 26, 2021, this Court issued an Order requiring Plaintiffs Chevera Brown and Clint McLean to show cause as to why their Amended Complaint should not be dismissed for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 77.) Plaintiffs were provided 14 days in which to file their response and were forewarned that failure to show cause by November 8, 2021 would result in dismissal of the Amended Complaint as to all Defendants. (*Id.*)

On November 8, 2021, rather than show cause, Plaintiffs filed a Motion for Extension of Time seeking additional time to file an amended complaint. (ECF No. 81.) The Court notes that this would be a second amended complaint, as Plaintiffs' have already previously amended their Complaint. (*See* Compl., ECF No. 1; Am. Compl., ECF No. 6.) Further, the Court understands Plaintiffs' Motion to be a concession that the Amended Complaint (ECF No. 6) does not state any viable claims and would be subject to dismissal pursuant to Rule 12(b)(6).

In their Motion, Plaintiffs fail to explain how the proposed second amended complaint would cure the serious deficiencies in the Amended Complaint, stating only that it would "correct

the obvious [sic] miscommunicated information" and "clarify[]" the "previous complaint." (ECF No. 81.) Plaintiffs' failure to provide a more precise explanation of how they intend to correct the many deficiencies in the Amended Complaint through additional amendment does not satisfactorily show cause as to why it should not be dismissed. The Court will therefore dismiss the Amended Complaint as to all Defendants but without prejudice to Plaintiffs' ability to file a new complaint, if they believe that complaint would assert plausible claims.

Accordingly, it is ORDERED that:

1. The Amended Complaint (ECF No. 6) is DISMISSED without prejudice as to all Defendants;

2. The pending motions by Plaintiffs (ECF Nos. 20, 23, 29, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 53, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 67, 68, 69, 70, 71, 72, 73, 75, 76, 78, 79, 81) are DENIED as moot;

3. The pending motions by Defendants (ECF Nos. 17, 26, 65) are DENIED as moot;

4. The Clerk is DIRECTED to mail a copy of this Order to Plaintiffs; and

5. The Clerk is DIRECTED to close this case.

DATED this 15 day of November, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge

2